UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THERESE HARDIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO FINANCIAL ILLINOIS, INC., WELLS FARGO AUTO FINANCE, INC., and WELLS FARGO FINANCIAL ACCEPTANCE ILLINOIS, INC.,<br><br>Defendants. | Case No. 3:08-cv-00873-JPG-CJP |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**JUSTINE FLANAGAN, Acting Clerk**

By:s/Deborah Agans, Deputy Clerk

**Dated: June 2, 2009**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**